SSN#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
EIN#2448693318

I, sug mill (principal) Executive of SUG M. MILLS Estates! It's my will as a private man and to seek out this Executive Branch of courts to speak upon your predecessor (wake Co District court) and they have caused me the (principal) and my Estate! And the massive injuries they have caused!

This is my Formal complaint and as such me, Filing a Tort with the U.S District court against (ENC) wake Co Justice Center! And it's Agents. No one can rebutt my claim but the defendants which I speak upon. Which are Jason Smith (ADA) Mr. M. Weiss (PD) And (Abritor) Shirley. In this Executive Letter I will explain in detail each defendants part in Male Feasance against my estate and I. And even how some was negligent in there Duties as a public offical. I have written each Subject producing a cure for the subject Matter! And I havent gotten a response from any agents from Wake Co Justice Center!

1/4

• Mr. Weiss (Negligence) Attached is an affidavit on the events that happened o 4-17-2018! Were Mr. Weiss First hand witnessed Ms. Wade confess to the charges against my estate! (Attached is a copy of that confession) The 1st sight of negligence from Mr. Weiss was when he witnessed Ms. Wade's confession he did not share this information with the ADA immediately! So with hearing Ms Wade's confession he (Mr Weiss) advises me to get her confession on paper and get it notarized! I did exactly that and brought the notarized confession and Ms. Wade to his office! Then in MID May, 2018 Mr. Weiss comes to see me with a penal contract from the ADA, I then ask Mr Weiss have you given or told the ADA about the confession you witnessed and that you have it on paper and notarized! Mr. Weiss exact words were "Oops I forgot I had that"! I then corrosponded with Judge Paul C. Ridgeway, NC. state, Bar and NCPLS! Due to that Mr. Weiss removed his-self from my case! So Due to Mr. Weiss's Negligence and Male feasance a major injury was caused to me and my Estate! As a private man (principal) and the Executive of my Estate I'm assessing the Value at 3.15 mil dollars!

2/4

• The (ADA) Jason Smith was negligent to preform his duty! I, sug mills (principal) sent Mr. Smith several copies of Ms. Wade confession! And instead of investigating Ms. Wade confession! The ADA never responded to any of my correspondence. (Acquiescent). Then Mrs. Darrow confronted the (ADA) at an Arbitration and questioned Mr. Smith why he doesn't accept Ms. Wade's confession. Mr. Smith stated on the record that he just dont believe, it! With-out any reason or facts to back his none acceptance! So with Mr. Smith's none acceptance put's him in dishonor! I corresponded with Mr. Smith numerous of times! Asking him to show proof of claim, who have I injured, what is the assessed value on the charges! Acquiescent of all correspondence! I assessed the value at $250,000 still know responding from Mr. Smith! So due to the male feasance, Acquiescent, None acceptance (Dishonor) negligence and Violation of Due process Mr. Smith has injured I, sug mills (principal) Executive of SUG MILLS Estate! I'm assessing the value of the damages at $ 3.115 mill.

3/4

Judge Shirley (Abritrator) Due to his negligence and male feasance, Judge shirley made an unathorized assessment against a Signed, notarized document with-out any investigative evidence, to back up his none acceptance! And he also had knowledge, that a public offical (Mr. M. Weiss) PD witness the confession first hand and was the one who advised to get it on paper Sign and notarized it! So I sug mills (principal) and private man and Executive of SUG M. MILLS Estates It's my will Assess the Value of the, injury to my-self and my Estate at 3.115 million dollars!

So in conclusion I have corresponded with each defendant producing a remedy and each defendant gave a none response! I also request from the U.S. ENC District Courts the proper filing paper work sent to me in 15 days Thanks!

By: Sug mills (principal)
Athorized rep.

4/4